**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JUAN CARLOS QUINTERO CAMPOS,

                         Petitioner,                        25 **CIVIL** 10099 (LJL)

        -against-                                    **JUDGMENT**

FRANCIS DELEON et al.,

                         Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 8, 2025, the Government has not identified any basis under 8 U.S.C. § 1226(a) that could support Petitioner's continued detention; nor do they argue in response to the petition that he presents a flight risk or danger. The appropriate remedy is his immediate release. The petition for a writ of habeas corpus is GRANTED. Respondents are ordered to release Campos from custody no later than 5:00 p.m. on December 8, 2025, and to certify compliance with the Court's order by filing an entry on the docket this evening; accordingly, the case is closed.

**DATED:** New York, New York
             December 8, 2025

                                     **TAMMI M. HELLWIG**

                                _____
                                     **Clerk of Court**

           **BY:**             K. mango

                                _____
                                     **Deputy Clerk**